

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Melinda Walker's Notification of Late Reporter's Record is hereby NOTED. Time is extended until August 22, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court